IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH GRANT,

    Petitioner,                    No. CIV S-06-2842 DFL EFB P

    vs.

D.K. SISTO, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 15, 2007, petitioner requested an extension of time to file an opposition to respondents' motion to dismiss. Respondents have not moved to dismiss, but on May 11, 2007, they answered the petition. The court construes petitioner's request as one for additional time to reply to the answer.

    Good cause appearing, it is ORDERED that petitioner's June 15, 2007, motion is granted and petitioner has 30 days from the date of this order to file a reply.

DATED: July 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE