IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GRANT, | 2:06-cv-02842-RCT |
| Petitioner, | |
| v. | |
| G. SWARTHOUT, et al., | |
| Respondents. | |
| _____ / | **JUDGMENT** |

    Today this Court issued its Memorandum Decision and Order disposing of this case in its entirety. Accordingly, judgment is hereby entered in favor of Respondents, Petitioner shall take nothing, and the case is dismissed with prejudice.

    DATED this 16th day of September 2010.


                                                    /s/ Richard C. Tallman  
                                                    UNITED STATES CIRCUIT JUDGE  
                                                    Sitting by designation